UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Catherine Ippolito, : | |
| : | Civil Action No.: 1:12-cv-10213-JGD |
| Plaintiff, : | |
| v. : | |
| : | |
| Merchants' Credit Guide Co.; and : | |
| DOES 1-10, inclusive, : | |
| : | |
| Defendants. : | |
| : | |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
**PURSUANT TO RULE 41(a)**

Catherine Ippolito ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 22, 2012

                                              Respectfully submitted,
                                              By: /s/ Sergei Lemberg
                                              Sergei Lemberg, Esq.
                                              BBO No.: 650671
                                              Lemberg & Associates L.L.C.
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile: (203) 653-3424
                                              Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 22, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF System (ECF) and that the document is available on the ECF system.

                                           By /s/ Sergei Lemberg_____
                                              Sergei Lemberg, Esq.